IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAUL PETRAY                                                                                                          PLAINTIFF

v.                                              CIVIL NO. 13-2045

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                        DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Paul Petray, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security (Commissioner). On April 19, 2013, the undersigned entered an scheduling order directing the Plaintiff to file his appeal brief on or before May 20, 2013. In said order, the Plaintiff was warned that his "failure to file a timely brief may result in dismissal for failure to prosecute." As of November 15, 2013, no brief had been filed. Accordingly, the undersigned entered a Show Cause Order directing the Plaintiff to show cause on or before December 2, 2013, as to why this case should not be dismissed. Plaintiff failed to respond.

Rule 41(b) of the Federal Rules of Civil Procedure provides for the involuntary dismissal of a care for failure to prosecute or comply with a court order. Case law provides that a district court may, in its discretion, dismiss an action on its own motion for failure to prosecute. *Link v. Wabash R. R. Co.*, 370 U.S. 626, 630-632 (1962). The power to invoke this sanction is necessary to "prevent undue delays in the disposition of pending cases and to avoid congestion." *Id*. at 630.

Given the magnitude of the Social Security caseload in this district, we find that leaving Plaintiff's case on the docket, in spite of his failure to abide by the Order of this Court, would result in further congestion. And, having given the Plaintiff ample notice of the possibility of dismissal

and an opportunity to provide reasons for his failure to follow this Court's scheduling order, we believe this remedy is warranted.

Accordingly, the undersigned recommends that the aforementioned case be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this the 9th day of December 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE