IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAUL PETRAY                                                                                  PLAINTIFF

v.                          Case No. 2:13-CV-02045

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                          DEFENDANT

## O R D E R

The Court has received proposed findings and recommendations (Doc. 13) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE